IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES J. HOMELSEY,
aka Charles J. Mayberry

       ORDER

    Petitioner,

v.                                  Case No.  16-cv-47-bbc

MICHAEL DITTMAN,

    Respondent.

---

    Petitioner Charles J. Homelsey seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than February 26, 2016.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately July 13, 2015 through the date of the petition, January 13, 2016.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Charles J. Homelsey aka Charles J. Mayberry may have until February 26, 2016, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before February 26, 2016, I will assume that petitioner wishes to withdraw this action voluntarily and will dismiss the petition without further notice.

Entered this 8th day of February, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge