IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES J. HOMELSEY,
A/K/A CHARLES J. HOMESLEY,
A/K/A CHARLES MAYBERRY,

JUDGMENT IN A CIVIL CASE

    Petitioner,

Case No. 16-cv-47-bbc

v.

MICHAEL DITTMAN, Warden,
Columbia Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting respondent Michael Dittman's motion to dismiss on grounds of untimeliness and dismissing petitioner Charles J. Homelsey's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

    /s/                                                         2/24/2017

Peter Oppeneer, Clerk of Court                Date