IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2017 MAR 24 AM 9:44

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

******************************************************************

CHARLES J. HOMELSEY, A/K/A
CHARLES J. HOMESLEY, AND
A/K/A CHARLES J. MAYBERRY,

             Plaintiff-Petitioner,

vs.             Case No. 2016-CV-0047-bbc.

MICHAEL A. DITTMANN, Warden,
Columbia Correctional Institution,

             Respondent.

******************************************************************

## NOTICE OF APPEAL

******************************************************************

NOTICE is hereby given that Charles J. Mayberry, (DOC #248435-A), Petitioner, in the above-entitled §2254 Petition For Writ Of Habeas Corpus cause of action, "Appeals" to the United States Court Of Appeals for the Seventh Circuit, from the February 24, 2017 Entered "Opinion and Order" Incorporation of "Procedural" Review of the §2254 Petition, and the Respondents' Two(2) Individual Motion(s) To Dismiss Said §2254 Petition As Being "Untimely" Filed before the Federal District Court, after its initial timely filing in November 2012 and the Court Dismissal Thereof, for "Unexhausted" Claim address before the State Court "Collateral" Post-Conviction Review venue.

The "Judgment In A Civil Case" was Filed on February 24, 2017 regarding the "Opinion And Order" Entered by the Honorable Barbara B. Crabb, Dismissing the §2254 Petition on the Grounds of Untimeliness.

Dated this 20 day of March, 2017. Portage; Wisconsin.

[1].

CJM-OBM/File.                    Respectfully Filed By:

*Charles mayberry #248455*
Charles J. Mayberry,   Pro Se.
Columbia Correctional Institution
Post Office Box 900 / CCI-Unit-#4.
Portage;   Wisconsin.   53901-0900

**Materials Prepared By:**
Oscar B. McMillian #042747-A.
DOC: 309.155 Legal Assistance
Columbia Correctional Institution
Post Office Box 900 / CCI-Unit-#8.
Portage;   Wisconsin.   53901-0900

[2]..