IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES J. HOMELSEY ,
aka CHARLES J. MAYBERRY

      ORDER

    Petitioner,

v.           16-cv-47-bbc

MICHAEL DITTMAN,

    Respondent.

---

On February 24, 2017, the court dismissed the habeas petition filed by petitioner Charles J. Homelsey pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order. (Dkt # 36). Petitioner has neither paid the $505 appellate filing fee nor requested leave to proceed without prepayment of the filing fee. For this appeal to proceed, petitioner must either pay the $505 appellate filing fee by April 14, 2017, or submit motion for leave to proceed without prepayment of the fee with a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than April 14, 2017, petitioner Charles J. Homelsey shall pay the $505 appellate filing fee or submit a motion for leave to proceed without prepayment of the appellate filing fee with a certified copy of an inmate trust fund account statement for the period beginning approximately September 24, 2016 through at least March 24, 2017. If petitioner fails to pay the $505 appellate docketing fee, comply as

1

directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 24th day of March, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge